IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| QUALITY JEEP CHRYSLER, INC., n/k/a QUALITY AUTOMOTIVE SALES AND SERVICE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRYSLER GROUP, LLC,<br><br>    Defendant,<br>and<br><br>LARRY H. MILLER CORPORATION - ALBUQUERQUE, d/b/a LARRY H. MILLER CHRYSLER JEEP DODGE ALBUQUERQUE,<br><br>    Necessary Party Defendant. | No. 1:10-cv-00900-PJK-RHS |

MINUTE ORDER

At the Direction of the Hon. Paul J. Kelly, Jr.:

Chrysler Group LLC ("Chrysler") has filed an emergency and opposed motion to stay certain portions of the magistrate judge's January 27, 2011 order (Doc. 78) requiring production of certain documents within 45 days of the date of the order.  Doc. 80.  Chrysler also has filed objections to that order.  Doc. 79; 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Compliance with a discovery order pending appeal is ordinarily required. D.N.M. LR-Civ. 37.3.  So the court may evaluate the above requests with benefit of responses and replies, however, the court sua sponte stays the magistrate judge's order insofar as it requires Chrysler to produce the contested categories of documents:

> 1. Sales and Service Agreements and correspondence related to those Sales and Service Agreements.
> 2. Letters of Intent relating to the relocation of an existing dealership or changes to the types of vehicles sold by an existing dealership.
> 3. Information relating to the lobbying and enactment of Section 747.

Doc. 79 at 3.  In the interim, Chrysler should produce information relevant to Quality's claims including that Chrysler failed to provide its customary and usual letter of intent and such other information reasonably calculated to lead to the discovery of admissible evidence.  Fed. R. Civ. P. 26(b)(1).

   IT IS SO ORDERED.

2/4/2011 _____MATTHEW J. DYKMAN, Clerk

_____