IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| QUALITY JEEP CHRYSLER, INC., n/k/a QUALITY AUTOMOTIVE SALES AND SERVICE, INC.,<br><br> Plaintiff,<br><br>vs.<br><br>CHRYSLER GROUP, LLC,<br><br> Defendant,<br>and<br><br>LARRY H. MILLER CORPORATION - ALBUQUERQUE, d/b/a LARRY H. MILLER CHRYSLER JEEP DODGE ALBUQUERQUE,<br><br> Necessary Party Defendant,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br> Intervenor. | No. 1:10-cv-00900-PJK-WDS |

MINUTE ORDER

 At the Direction of the Hon. Paul J. Kelly, Jr.:

 Plaintiff Quality and Defendant Chrysler Group have submitted a proposed stipulated order (attached) that would stay all discovery and expert-related deadlines until

the court rules upon various summary judgment motions (Docs. 106 & 107) and any dispositive motion that might be filed by Chrysler Group on or before May 13, 2011. The proposed order establishes various deadlines which would take effect subsequent to the court's rulings on these motions. Ostensibly, the January 31, 2012 trial deadline would not be extended, at least as a result of the order.

Unless the court directs otherwise, the court would prefer that counsel proceed by motion, D.N.M. LR-Civ. 7.2, rather than merely submitting proposed orders. Regardless, the court declines to enter the proposed order which would necessarily alter other deadlines contained in the Scheduling Order (Doc. 53) as supplemented by other orders and notices.

4/15/2011                                             MATTHEW J. DYKMAN, Clerk